COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-09-396-CV

 

IN
RE ARCH INSURANCE COMPANY AND                                 RELATORS

ARCH
REINSURANCE COMPANY                                                            

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court has considered relators=
petition for writ of mandamus and emergency motion for temporary stay and is of
the opinion that relief should be denied. 
Accordingly, relators=
petition for writ of mandamus and emergency motion for temporary stay are
denied.

Relators shall pay all costs of this
original proceeding, for which let execution issue.

 

PER
CURIAM

 

 

PANEL:  MCCOY, DAUPHINOT, and GARDNER, JJ.

 

DELIVERED:  December 10, 2009











     [1]See
Tex. R. App. P. 47.4.